UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL KING,<br>a/k/a "RUGGA"<br><br>Defendant | Criminal No. 21cr10079<br><br>Violation:<br><br>Count One: Felon in Possession of a Firearm and Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Felon in Possession of a Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about December 18, 2020, in Canton, in the District of Massachusetts, the defendant,

MICHAEL KING, a/k/a "RUGGA,"

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Smith & Wesson, Model 442 Airweight, .38 caliber revolver, bearing serial number CYH6146, and five rounds of .38 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count One, the defendant,

MICHAEL KING, a/k/a "RUGGA,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. a Smith & Wesson, Model 442 Airweight, .38 caliber revolver, bearing serial number CYH6146; and

   b. five rounds of .38 caliber ammunition.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
JOHN T. DAWLEY, JR.
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MARCH 10 , 2021
Returned into the District Court by the Grand Jurors and filed.

Noreen A. Russo
_____
DEPUTY CLERK
at 2:37 PM